IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| § | CASE NUMBER 6:12-CR-00085-RC |
| v. § | |
| § | |
| § | |
| § | |
| NATHAN ADAM SPINK § | |
| § | |

**REPORT & RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

On March 15, 2017, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Nathan Adam Spink. The government was represented by Jim Middleton, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Wayne Dickey, Federal Public Defender.

Defendant originally pled guilty to the offense of Possession with Intent to Distribute Cocaine Base, a Class C felony. The offense carried a statutory maximum imprisonment term of 20 years. The United States Sentencing Guideline range, based on a total offense level of 12 and a criminal history category of IV, was 21 to 27 months. On January 8, 2014, District Judge Michael Schneider sentenced Defendant to 48 months imprisonment followed by 3 years of supervised release subject to the standard conditions of release, plus special conditions to include monitoring of financial information and employment, and drug testing and treatment. On May 3, 2016, Defendant completed the term of imprisonment and began his term of supervised release. On July 21, 2016, Defendant's conditions of supervised release were modified to include participation in mental health treatment.

Under the terms of supervised release, Defendant was required to report to his probation officer and submit a report within the first five days of each month, participate in a mental health program, and participate in a drug testing program. In its petition, the government alleges that Defendant violated his conditions of supervised release by failing to submit his monthly supervision report for the month of August 2016, failing to report for psychiatric evaluation on August 30, 2016, and failing to participate in the random drug testing program.

If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by failing to submit his monthly supervision report for the month of August 2016, failing to report for psychiatric evaluation on August 30, 2016, and failing to participate in the random drug testing program, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the Court may (A) revoke probation or supervised release; or (B) extend the term of probation or supervised release and/or modify the conditions of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of IV, the Guideline imprisonment range for a Grade C violation is 6 to 12 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts as alleged in the government's petition. In exchange, the government agreed to recommend a sentence of 6 months with no supervised release to follow.

Pursuant to the Sentencing Reform Act of 1984, the Court **RECOMMENDS** that Defendant Nathan Adam Spink be committed to the custody of the Bureau of Prisons for a term of imprisonment of 6 months with no supervised release to follow. The Court **FURTHER**

**RECOMMENDS** that the place of confinement be Texarkana, Texas to facilitate family visitation.

**So ORDERED and SIGNED this 15th day of March, 2017.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE